P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6806-GPS(AGRx): | Date | November 8, 2007 |
|---|---|---|---|
| Title | D Stevens, Inc., et al v. Film Humans Production Company, LLC. | | |

| Present: The Honorable | **GEORGE P. SCHIAVELLI**, United States District Judge | | |
|---|---|---|---|
| Jake Yerke | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   NOTICE OF SCHEDULING CONFERENCE (IN CHAMBERS)

  Pursuant to F.R.Civ. P. 16 (b), a scheduling conference is set in this matter for **January 28, 2008, at 11:00 a.m.**  The parties are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F. R. Civ. P. 26 and the Local Rules of this Court.  Trial counsel are ordered to be present.

                                                                                                                    :
                                                                Initials of Preparer             JY