Adam Siegler (State Bar No. 116233)
William J. Sexton (State Bar No. 164929)
SIEGLER LAW GROUP
9454 Wilshire Boulevard, Suite M-16
Beverly Hills, California 90212
Telephone: (310) 777-1111
Telecopy:  (310) 777-1114

Attorneys for Defendants
FILM Y HUMANS PRODUCTION COMPANY, LLC;
DUNCAN MCGILLIVRAY

RECEIVED BUT NOT FILED
FEB - 1 2008
3:46
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

Filed
CLERK, U.S. DISTRICT COURT
FEB 1 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D STEVENS, INC. AND D. STEVENS, an individually,<br><br>Plaintiffs,<br><br>vs.<br><br>FILM BY HUMANS PRODUCTION COMPANY, LLC; DUNCAN MCGILLIVRAY; and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE no. CV07-06806 GPS (AGRx)<br><br>**DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO FILE JOINT REPORT**<br><br>BY FAX |

SIEGLER LAW GROUP
(310) 777-1111

1186.002

## RESPONSE TO OSC

In response to the Court's OSC regarding the parties' failure to timely file the Rule 26 Joint Report, the undersigned counsel accepts responsibility for failing to ensure that the parties jointly filed the Report.

This case was removed on October 19, 2007, and an Answer and Counterclaim were duly filed on November 7, 2007.

However, the two sets of counsel were not in contact until the week before the January 28 hearing. By that time, it was too late to timely comply with the Initial Disclosure requirement of Rule 26, and it was not possible to meet in time to prepare the Joint Report in time for the scheduled January 28 hearing. Among other things, Plaintiff's counsel is located in Lompoc, and Defense counsel caught the flu in the week of January 15. These points are offered by way of explanation, not excuse.

In retrospect, the undersigned counsel should have taken the initiative to contact Plaintiff's counsel, advise them of the applicable procedures, and ensure that the Joint Report was timely prepared and filed.

Counsel apologizes to the Court for this oversight and will comply with the Court's orders regarding the March 10 conference. In mitigation, both counsel have since met telephonically and discussed in detail the parties' positions, the procedures for exchange of documents, and potential prospects for settlement. Defense counsel has served its Early Disclosure, and Defense counsel has provided a draft Joint Report, which will be duly submitted to the Court.

Dated: February 1, 2008

Respectfully submitted,

SIEGLER LAW GROUP

By: /s/ Adam Siegler
Adam Siegler
Attorneys for Defendants
FILM BY HUMANS PRODUCTION COMPANY, LLC;
DUNCAN MCGILLIVRAY

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9454 Wilshire Boulevard, Suite M-16, Beverly Hills, California 90212.

On **February 1, 2008**, I served the foregoing document described as **DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO FILE JOINT REPORT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Alan Shewell
**BRENTWOOD LEGAL SERVICES, LLP**
**11661 San Vincente Blvd., Suite 1015**
**Los Angeles, CA 90049**

[ X ] (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing, and I deposited the foregoing envelope(s) into the firm's mail collection system. Under that practice, it is deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope(s) is more than one day after date of deposit for mailing contained in the affidavit.

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 1, 2008** at Los Angeles, California.

_____
Tiffany Olson