Steven L. Zelig, CA State Bar No. 94654
Alan D. Shewell, CA State Bar No. 138705
BRENTWOOD LEGAL SERVICES, LLP
11661 San Vicente Boulevard, Suite 1015
Los Angeles, California 90049
Tel.: 310/442-6042

[REMAND]

JS - 6

cc order, docket, remand letter to

Los Angeles Superior Court BC377645

Attorneys for Plaintiffs and Counterdefendants D STEVENS, INC.
and D. STEVENS, individually

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

D STEVENS, INC., D. STEVENS, individually, )

          Plaintiffs,          )

     v.                         )

FILM BY HUMANS PRODUCTION       )
COMPANY, LLC; DUNCAN MCGILLIVRAY; )
and DOES 1 through 500, inclusive, )

          Defendants.          )
_____ )

FILM BY HUMANS PRODUCTION       )
COMPANY, LLC; DUNCAN MCGILLIVRAY, )

          Counterclaimants,    )

     v.                         )

D STEVENS, INC., D. STEVENS, individually, )

          Counterdefendants.   )
_____ )

Case No. CV07-06806 DDP (AGRx)

ORDER RE: DISMISSALS WITHOUT
PREJUDICE AND FOR REFILING IN
STATE COURT

Trial:            January 6, 2009
Complaint Filed:  October 17, 2007

## **O R D E R**

Upon consideration of the Stipulation of Plaintiffs and Defendants ("the Parties"), the

Request of the Parties for approval of the same is hereby GRANTED.

Accordingly, the Court hereby orders as follows:

JOINT STIPULATION RE: DISMISSALS WITHOUT PREJUDICE AND FOR REFILING IN STATE COURT AND [PROPOSED] ORDER

1    1.    Plaintiffs and Defendants shall each dismiss their respective claims and

2    counterclaims without prejudice to their refiling of the same in State Court in the Central District

3    of the Los Angeles County Superior Court located at 111 North Hill Street, Los Angeles,

4    California 90012.

5    2.    Plaintiffs may refile their claims and counterclaims in the new State Court action

6    on or before November 6, 2008.

7    3.    Plaintiffs and Defendants, upon said refiling in said State Court, will each have the

8    right to one peremptory challenge under California Code of Civil Procedure Sections 170.5 and

9    170.6, in accordance with ordinary State Court rules.

10    4.    The filing of the Parties' respective claims and counterclaims in the new State

11    Court action will be deemed to relate back to the original filing date for statute of limitations

12    purposes.

13    5.    Defendants are waiving any and all rights to remove the action to Federal Court,

14    and Defendants shall not remove the action to Federal Court.

15    6.    In the interim, all existing Federal Court deadlines falling on or before October 27,

16    2008 shall be extended up to and including October 27, 2008, which deadlines include, without

17    limitation, the deadlines for designating experts and engaging in certain "meet and confer"

18    communications.

19

20    IT IS SO ORDERED.

21

22    Dated: October 23, 2008

_____

HON. DEAN D. PREGERSON
United States District Court Judge

23

24

25

26

27

28

JOINT STIPULATION RE: DISMISSALS WITHOUT PREJUDICE AND FOR REFILING IN STATE COURT AND [PROPOSED] ORDER