

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8 REC'D
Los Angeles, CA 90012
Tel: (213) 894-3535

OCT 28 2008
Date: 10/24/08 FILING WINDOW

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

FILED 2008 NOV -7 PM 2:25

LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET,
CIVIL FILING UNIT ROOM 102
LOS ANGELES, CA 90012

Re: Case Number: CV07-06806 DDP (AGRx)

Previously Superior Court Case No. BC377645

Case Name: D STEVENS, INC vs FILM BY HUMANS PRODUCTION COMPANY

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on 10/23/08, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: L Chai
Deputy Clerk   213-894-5730

☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
Deputy Clerk

Date: 10/28/08

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)